## Nicklas, Appellant, v. Dill Construction Company et al.

Argued April 14, 1971. *Clyde T. MacVay,* with him *Lee C. McCandless,* and *Evans, Ivory & Evans,* for appellant; *John L. Wilson,* with him *William C. Robinson,* and *Henninger & Robinson,* for appellee.

Judgment affirmed.

## Orsatti, Inc. Liquor License Case.

Submitted June 21, 1971. *Maximillian J. Klinger,* for appellant; *Thomas J. Shannon,* Assistant Attorney General, *Albert B. Miller,* Special Assistant Attorney General, and *J. Shane Creamer,* Attorney General, for Liquor Control Board, appellee.

Order affirmed; reargument refused October 14, 1971.